Rodney Vance Frith                              September 01, 2023
#1029543
Augusta Correctional Center
1821 Estaline Valley Road
Craigsville, Virginia 24430

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 08 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Mr. John Clements, M.D.
101 Elm Ave 1st. Floor
Roanoke, Virginia 24013

Re: Medical Expert Testimony / Questions & Answers

Dear Dr. Clements,

As my doctor for more or less of (8) years, would you provide me with the following answers to the following questions concerning my medical issue(s) dealing with Osteomylitis:

1. Your quaifications in the field of medicine / surgeon and and your exent of evalutions of biopsie's, X-rays, MRI, CT scan, etc.

2. the importance of biopsy(s) tissue, etc. in correctly indentifying the bacteria in order to use the correct anti bioticcs.

3. If there are three (3) different types; E-Coli, Mrsa, Staph, and no tissue biopsy done in the beginning, and on Digital X-ray, reccomending CT scan, to be done by technician, yet Dr. failed to order CT scan. Would you have ignored the techs. reconmindations?

4. If an infection is not treated, how many days would it take for Osteomylitis to set into the bone?

5. If both feet were confirmed to have Osteomylitis by way of CT scan but yet only one foot (right) was treated then 8 1/2 months later which allowed the bacteria to re-emerge in untreated foot that would lead to re-section?

6. What are the consequences of vegetation on the heart valve?

7. Would you be willing to testify to the above questions in Federal Court or provide a written report to the following address: Clerk, United States District Court, 210 Franklin Road SW, ste.-540, Roanoke, Virginia 24011-2208 for me as my expert witness in the matter of: <u>Frith v. Clarke, et al.</u>, CL7:22-cv-000389.

Thank You!

*Rodney Vance Frith*
Rodney Vance Frith

Rodney Vance Frith 1273826
VADOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, Virginia 23061

RICHMOND VA 230
6 SEP 2023   PM 6  L



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
210 FRANKLIN ROAD, RM. 540
ROANOKE, VIRGINIA 24011

LEGAL MAIL

24011-220840